UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: ) CHAPTER 13
  BRITTANY JEAN WHITE )
) CASE NO. 10-30675-DHW-13
    Debtor(s). )

## OBJECTION TO CONFIRMATION

Now comes MAX CREDIT UNION, by its attorneys, Chambless Math Carr, P.C., and objects to confirmation of the Debtor s proposed plan and in support thereof states as follows:

1. The debtor has failed to provide evidence of insurance coverage as required 11 U.S.C. Section 1326(a)(4) on the collateral securing the loans of the movant, to wit; 2007 CHEVROLET AVEO.

WHEREFORE, MAX CREDIT UNION, prays for an Order denying confirmation along with such further relief as the Court may deem proper.

                MAX CREDIT UNION

                By: /s/ Leonard N. Math

Of Counsel:
Chambless Math Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
(334) 272-2230

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on all attorneys of record as set forth below by electronic notice and/or depositing a copy thereof in the United States mail postage prepaid on this May 2, 2010.

Curtis C. Reding
Chapter 13 Trustee
P.O. Box 173
Montgomery AL 36101

Richard D. Shinbaum
SHINBAUM, McLEOD & CAMPBELL
P.O. BOX 201
MONTGOMERY AL 36101

BRITTANY JEAN WHITE
5801 EAST SHIRLEY LANE  APT 109
MONTGOMERY AL 36117

/s/ Leonard N. Math